United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VISMAY BARBIER FUENTES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-749 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Vismay Barbier Fuentes is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas.  In this habeas action, Petitioner contests Respondents' ability to detain her without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).  Petitioner bases her habeas action on statutory arguments under 8 U.S.C. §§ 1225 and 1226, and on provisions of the Fifth Amendment.

The Fifth Circuit has determined that "the Government may detain aliens under Section 1225(b)(2)(A) for ninety days but no longer without a bond hearing." *Sosnava Rodriguez v. Ortega*, — F.4th —, No. 26-50183, 2026 WL 1906557, at *16 (5th Cir. July 2, 2026).

In this case, Petitioner alleges that Respondents have detained her since September 17, 2025.  Based on this date, more than 90 days have elapsed since Petitioner's detention, and the record contains no evidence that Respondents have provided her with a bond hearing.

As a result, and based on *Sosnava*, it is:

**ORDERED** that by no later than July 15, 2026, Respondents shall file Statement to show cause as to why Petitioner Vismay Barbier Fuentes's Verified Petition for Writ of Habeas Corpus (Doc. 1) should not be granted.

If Respondents fail to file a Statement, the Court will grant the petition.

1 / 2

The Clerk of Court is directed to serve a copy of this Order upon the Respondents in accordance with the Memorandum of Understanding.

Signed on July 10, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge